910

No. 00–7801. ORTIZ v. RODRIGUEZ ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 00–7802. MORGAN v. MURO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7820. COOPER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–7826. UTLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7844. REESE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 00–7850. COLEMAN v. CHILDS, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7852. DORSEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7901. BUTLER v. DAHLBERG, ACTING SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–7956. ALLISON v. CORDOVA, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7958. BROWN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8002. STANGEL v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8009. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8014. BAILEY v. CARTER, WARDEN. C. A. 7th Cir. Certiorari denied. ▮

No. 00–8070. DRAIN v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.